AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

George Pragovich, and Claudia Pragovich.

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:2005cv02222-JR

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GEORGE PRAGOVICH
6139 West Touhy Avenue
Chicago, IL 60646
(773) 774-3945

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

_Laura M Chipley_
(By) DEPUTY CLERK

DATE   2/1/06

RECEIVED
APR 12 2006
NANCY MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 3, 2006 |
| NAME OF SERVER (PRINT) GEORGE PRAGOVICH | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS 7002 0510 0004 1819 3294

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Certified | TOTAL $0.00 $8.30 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10, 2006    George R. Pragovich
                Date                Signature of Server

6139 W. Touhy Ave
Chicago, IL. 60646
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| R: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  MAR 0 3 2006  C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>United States Attorney General<br>950 Pennsylvania Ave<br>Washington District of Columbia<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 1819 3294 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED

APR 12 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT