IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE PRAGOVICH, ) <br> CLAUDIA PRAGOVICH, ) <br>     Plaintiffs, )  No. 1:05-cv-02222 (JR) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br>     Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on May 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        George Pragovich
        Claudia Pragovich
        6139 West Tuohy Avenue
        Chicago, IL 60646

           /s/ Beatriz T. Saiz
          BEATRIZ T. SAIZ