UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE PRAGOVICH, *et al.*,            :
                                       :
    Plaintiffs,                        :
                                       :
  v.                                   :  Civil Action No. 05-2222 (JR)
                                       :
UNITED STATES,                         :
                                       :
    Defendant.                         :

**ORDER**

Pending before the Court is defendant's motion to dismiss. Because plaintiff George Pragovich is proceeding pro se, the Court hereby advises the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

ORDERED that plaintiff George Pragovich shall respond to defendant's motion to dismiss [8] within 30 days of this order. If plaintiff fails to file a timely response, the Court

may treat defendant's motion as conceded and dismiss the complaint.

```
                              JAMES ROBERTSON
                         United States District Judge
```