# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

George Pragovich,
Claudia Pragovich,                           Case No. **1:05-cv-02222**   JR

                    Plaintiff(s),            ADDENDUM TO COMPLAINT No. 1

v.

United States
                    Defendant.


This Court has recognized that an exception to the exhaustion of the administrative

remedy is found where "An adverse decision can also be certain if an agency has

articulated a very clear position on the issue which it has demonstrated it would be

unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90,

105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir.

1982).

This Court has also recognized that an administrative remedy may be inadequate

where the administrative body is shown to be biased or has otherwise predetermined the

issue before it. (Turner v. United States, _ F. Supp.2d _, 2006 WL 1071852, *3-4 (D.D.C.

2006) (finding, based on Arbaugh v. Y & H Corp., 126 S.Ct. 1235, 1242 (2006) citing

Gibson v. Berryhill, 411 U.S. at 575, n. 14; Houghton v. Shafer, 392 U.S. 639, 640 (1968))

Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives

Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the

George Pragovich v. United States          page 1 of 3 pages                Addendum to Complaint

RECEIVED

JUL 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

## FINDINGS MUST BE BASED UPON EVIDENCE

Even if administrative exhaustion is a question of law, the exceptions to the administrative exhaustion requirement that have heretofore been mentioned, in Koerner (both cases)[1], Turner, and in the instant case, involve findings of fact which should, in keeping with Arbaugh, be within the province of a jury. In the instant case, a jury finding that IRS was willing to reconsider a position (Randolph-Sheppard), or was unbiased (McCarthy), would naturally *and properly* result in the legal conclusion that no exception(s) to the exhaustion requirement are applicable; an adverse jury finding, however, of IRS intransigence, or bias, would necessarily and properly result in the legal conclusion that one or more exception(s) to the exhaustion requirement do apply. The legal conclusion that Plaintiff failed to exhaust an administrative remedy to which no exception applies may only be based upon a finding of facts; a finding of the jury. I/we believe that a proper reading of the statute supports this argument.

Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s), is a final agency action that demonstrates that the IRS is unwilling to

---

[1] No. 05-1600 (D.D.C. Oct 26, 2005; 06-0024, D.D.C. Mar. 31, 2006

George Pragovich v. United States.            page 2 of 3 pages            Addendum to Complaint

reconsider the position taken in the attached correspondence[2] and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing the instant action.

Dated __7-25__, 2006

_George Pragovich_
George Pragovich
6139 W Touhy Ave.
Chicago, IL 60646

_Claudia Pragovich_
Claudia Pragovich
6139 W Touhy Ave.
Chicago, IL 60646

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat Ginis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated __7-25__, 2006

_George Pragovich_
George Pragovich

---

[2] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and/or is biased and evidence of continued unlawful collection activities, continued harassment and/or retaliation against plaintiff(s) for pursuing this action and for no other purpose.



Department of the Treasury
**Internal Revenue Service**
P.O. Box 7906
Annex 5, Stop 5000
Shawnee Mission, KS  66207-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:**  580150

**Notice Number:** CP71C
**Date:** June 12, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 2002

011134.292876.0054.002 1 AT 0.308 920
ldldallllllldllllllllllldlldlllldllldlllldlllll

CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO  IL   60646-1268399

011134

---

| **Reminder: You owe past due taxes for 2002** |
| --- |

|  |  |
| --- | --- |
| **Amount Owed:** | **$8,725.38** |
| **Pay by:** | **July 3, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 2002. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2002 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by July 3, 2006, we will continue to add penalties and interest until the amount is paid in full.*

Kansas City Service Center                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                Tax Period:    December 31, 2002

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.



## Interest: $688.15

**09 Interest**

011134    **IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

**\*    Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Kansas City Service Center                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

Tax Period:    December 31, 2002

011134

---

✂ CUT HERE ——————————————————————————————

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:

(    )_____-_____        _____AM_____PM

WI          200622          09          29247-756-00046-4

71C    Internal Revenue Service
       P.O. Box 7906
       Annex 5, Stop 5000
       Shawnee Mission, KS  66207-0030
       |.Il...II....I.IIll...I..IIll...II....II.dll....II.d

**Amount you owe:**    **$8,725.38**
* You will avoid additional penalties and/or
  interest if we receive your full payment by
  **July 3, 2006**

☐ **Amount enclosed:**    **$**_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax
  period and tax form number on payment

☐ **Correspondence enclosed**

CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO IL  60646-1268399

349441243 WV PRAG 30 0 200212 670 00000872538

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|------------|---------|
| 1040A | 2000 | $6,204.28 | $.00 | $588.59 | $6,792.87 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

Page 2

**Paying Late**

The following table shows the penalty charges to your account.  To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|------------|------------|-----------|---------|
| 04/15/2005 | 48 | 0.50% | 3,442.00 | 826.08 |
| 06/15/2006 | 14 | 1.00% | 3,442.00 | 34.42 |
| | | | Total Penalty: | 860.50 |

**Interest**

The following table shows the interest charges to your account.  To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/15/2001 | 06/30/2001 | 76 | 8.0% | 0.016795189 | 4216.45 | 70.82 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 4287.27 | 153.97 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 4441.24 | 134.12 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 4575.36 | 140.49 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 4715.85 | 118.38 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 4834.23 | 61.31 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 4895.54 | 49.60 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 4945.14 | 49.42 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 4994.56 | 62.47 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 5057.03 | 51.10 |
| 09/30/2004 | 12/27/2004 | 88 | 5.0% | 0.012093580 | 5108.13 | 61.78 |
| 12/27/2004 | 12/31/2004 | 4 | 5.0% | 0.000546560 | 6118.23 | 3.34 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 6121.57 | 75.93 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 6197.50 | 189.25 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 6386.75 | 113.68 |
| 12/31/2005 | 06/12/2006 | 163 | 7.0% | 0.031750915 | 6500.43 | 206.39 |
| | | | | Total Interest: | | 1542.05 |



Department of the Treasury
**Internal Revenue Service**
P.O. Box 7906
Annex 5, Stop 5000
Shawnee Mission, KS  66207-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:**  580150

**Notice Number:** CP71C
**Date:** June 12, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 2000

011136.292876.0054.002 1 AT 0.308 920



```
CLAUDIA V  PRAGOVICH
6139 W TOUHY AVE
CHICAGO   IL    60646-1268399
```

011136

---

## Reminder:  You owe past due taxes for 2000

|  |  |
|---|---|
| **Amount Owed:** | **$6,792.87** |
| **Pay by:** | **July 3, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 2000.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2000 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by July 3, 2006, we will continue to add penalties and interest until the amount is paid in full.*

**Paying Late**

The following table shows the penalty charges to your account.  To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/15/2005 | 24 | 0.50% | 4,998.00 | 599.76 |
| 06/15/2006 | 14 | 1.00% | 4,998.00 | 649.74 |
| | | | Total Penalty: | 1,249.50 |

**Interest**

The following table shows the interest charges to your account.  To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2003 | 06/30/2003 | 76 | 5.0% | 0.010464621 | 6122.55 | 64.07 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 6186.62 | 78.46 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 6265.08 | 63.48 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 6328.56 | 63.25 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 6391.81 | 79.95 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 6471.76 | 65.40 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 6537.16 | 82.67 |
| 12/31/2004 | 01/10/2005 | 10 | 5.0% | 0.001370708 | 6619.83 | 9.07 |
| 01/10/2005 | 03/31/2005 | 80 | 5.0% | 0.011018414 | 7312.52 | 80.57 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 7393.09 | 225.76 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 7618.85 | 135.61 |
| 12/31/2005 | 06/12/2006 | 163 | 7.0% | 0.031750915 | 7754.46 | 246.21 |
| | | | | Total Interest: | | 1194.50 |

Kansas City Service Center                     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                     Tax Period:    December 31, 2000

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $588.59

**09 Interest**

011136

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

\*    Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Kansas City Service Center                    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                         Tax Period:    December 31, 2000



011136

---

✂ **CUT HERE** ――――――――――――――――

Return this voucher with your payment or correspondence.

Your Telephone Number:          Best Time to Call:
(   )_____              _____AM____PM

| | | | |
WI              200622         09                     29247-738-00194-4

71C    Internal Revenue Service
       P.O. Box 7906
       Annex 5, Stop 5000
       Shawnee Mission, KS  66207-0030
       lIlludlluudlIltludludIlltludlluudlIlludlud

**Amount you owe:    $6,792.87**
* You will avoid additional penalties and/or
  interest if we receive your full payment by
  **July 3, 2006**
☐ **Amount enclosed:**     $_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax
  period and tax form number on payment
☐ **Correspondence enclosed**

CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO IL  60646-1268399

349441243 WV PRAG 30 0 200012 670 00000679287

B062291



Department of the Treasury
**Internal Revenue Service**
P.O. Box 7906
Annex 5, Stop 5000
Shawnee Mission, KS 66207-0030

For assistance, call:
1-800-829-7650
**Your Caller ID:** 580150

**Notice Number:** CP71C
**Date:** June 12, 2006

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 2001

011135.292876.0054.002 1 AT 0.308 920
ılllıllıllıllıllıllıllıllıllıllıllıllı



CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO   IL    60646-1268399

011135

---

## Reminder:  You owe past due taxes for 2001

|  |  |
|---|---|
| **Amount Owed:** | **$7,285.88** |
| **Pay by:** | **July 3, 2006** |

**Why am I getting this notice?**

You have a past due tax balance for 2001.  By law, we must tell you each year how much you owe.  We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 2001 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by July 3, 2006, we will continue to add penalties and interest until the amount is paid in full.*

## How We Calculated the Amount You Owe

| Form | Tax Year | Unpaid Balance | + Penalties | + Interest | = Total |
|------|----------|----------------|-------------|------------|---------|
| 1040A | 2001 | $6,675.96 | $.00 | $609.92 | $7,285.88 |

## Payment Options

The following payment options may be available to you. Please call us at 1-800-829-7650 to discuss these options and make payment arrangements.

1. Installment agreement
2. Automatic deductions from your checking account
3. Payroll deductions
4. Credit card payments

## Frequently Asked Questions

**What if I don't agree with the amount owed?**

If you don't agree with the amount shown on this statement, please call us at 1-800-829-7650, or write to us at the address listed on the payment stub. You will need to tell us why you don't agree and you may need to send us information to support your statement.

**I previously contacted the IRS to inform you that I couldn't pay. Why am I getting this notice?**

By law, we are required to send you a reminder notice each year to give you an update of the current amount owed.

**What if I'm currently working with an IRS representative?**

If you're currently working with an IRS representative to resolve your past due taxes, contact the person you've been working with to discuss this notice.

*For tax forms, instructions and information, visit* **www.irs.gov**. *(Access to this site will not provide you with any taxpayer account information.)*

Kansas City Service Center    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    Tax Period:  December 31, 2001

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest: $609.92



011135

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

**&ast; Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

**Paying Late**

The following table shows the penalty charges to your account. To compute your late paying penalty we multiplied the number of months times the monthly rate times the principal (not to exceed 25%).

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/15/2005 | 36 | 0.50% | 3,954.00 | 711.72 |
| 06/15/2006 | 14 | 1.00% | 3,954.00 | 276.78 |
| | | | Total Penalty: | 988.50 |

**Interest**

The following table shows the interest charges to your account. To compute your interest we multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2002 | 06/30/2002 | 76 | 6.0% | 0.012570476 | 4843.65 | 60.89 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 4904.54 | 150.60 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 5055.14 | 126.90 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 5182.04 | 65.72 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 5247.76 | 53.17 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 5300.93 | 52.98 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 5353.91 | 66.97 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 5420.88 | 54.78 |
| 09/30/2004 | 12/27/2004 | 88 | 5.0% | 0.012093580 | 5475.66 | 66.22 |
| 12/27/2004 | 12/31/2004 | 4 | 5.0% | 0.000546560 | 6339.87 | 3.47 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 6343.34 | 78.68 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 6422.02 | 196.11 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 6618.13 | 117.79 |
| 12/31/2005 | 06/12/2006 | 163 | 7.0% | 0.031750915 | 6735.92 | 213.87 |
| | | | | Total Interest: | | 1308.15 |

11135

---

✂ CUT HERE
Return this voucher with your payment or correspondence.

Your Telephone Number:    Best Time to Call:

(　　)　　　-　　　　　　　　　　　_____AM_____PM

**Amount you owe:**    <u>**$7,285.88**</u>
* You will avoid additional penalties and/or interest if we receive your full payment by **July 3, 2006**

☐ **Amount enclosed:**    **$**_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI        200622        09            29247-738-00195-4

71C    Internal Revenue Service
       P.O. Box 7906
       Annex 5, Stop 5000
       Shawnee Mission, KS  66207-0030

CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO IL  60646-1268399

349441243 WV PRAG 30 0 200112 670 00000728588



**Internal Revenue Service**
**1973 North Rulon White Blvd.**
**Ogden, UT 84404-0040**

**Department of the Treasury**

Taxpayer Identification Number:
**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**

Person to Contact: Dennis Parizek

**Date:** April 3, 2006

Employee Identification Number: 29-61699

CLAUDIA V PRAGOVICH
6139 W TOUHY AVE
CHICAGO, IL 60646-1268399

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

This is in reply to your recent correspondence dated 2/17/2005.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code

      Section 6001  Notice or regulations requiring records, statements, and special returns
      Section 6011  General requirement of return, statement, or list
      Section 6012  Persons required to make returns of income
      Section 6109  Identifying numbers
      Section 6151  Time and place for paying tax shown on returns
      Section 6301  Collection Authority
      Section 6321  Lien for taxes
      Section 6331  Levy and distraint
      Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -

(1)  any individual files what purports to be a return of the tax imposed by subtitle A but which -
  (A)  does not contain information on which the substantial correctness of the self- assessment may be judged, or
  (B)  contains information that on its face indicates that the self- assessment is substantially incorrect; and
(2)  the conduct referred to in paragraph (1) is due to -
  (A)  a position which is frivolous, or
  (B)  a desire (which appears on the purported return) to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone Number (    )_____ Hours _____

                      Sincerely yours,

                      Operations Manager,
                      Exam SC Support



**Internal Revenue Service**
**1973 North Rulon White Blvd.**
**Ogden, UT 84404-0040**

**Department of the Treasury**

Taxpayer Identification Number:
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

Person to Contact: Dennis Parizek

Date: April 3, 2006

Employee Identification Number: 29-61699

GEORGE K PRAGOVICH
6139 W TOUHY AVE
CHICAGO, IL 60646-1268399

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

This is in reply to your recent correspondence dated 9/1/2005.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code

Section 6001  Notice or regulations requiring records, statements, and special returns
Section 6011  General requirement of return, statement, or list
Section 6012  Persons required to make returns of income
Section 6109  Identifying numbers
Section 6151  Time and place for paying tax shown on returns
Section 6301  Collection Authority
Section 6321  Lien for taxes
Section 6331  Levy and distraint
Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702  (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
(1)  any individual files what purports to be a return of the tax imposed by subtitle A but which -
  (A)  does not contain information on which the substantial correctness of the self- assessment may be judged, or
  (B)  contains information that on its face indicates that the self- assessment is substantially incorrect; and
(2)  the conduct referred to in paragraph (1) is due to -
  (A)  a position which is frivolous, or
  (B)  a desire (which appears on the purported return)  to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES -  The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone Number (____)_____ Hours_____

Sincerely yours,

Operations Manager,
Exam SC Support

**Letter 3175C (Rev. 3-1-2004)**

Department of the Treasury
Internal Revenue Service

Notice Date: 04/17/2006

SSN/EIN: 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N


GEORGE & C PROGOVICH
6139 W TOUHY AVE
CHICAGO        , IL  60646-1268


REMINDER - YOU STILL OWE        538.10

The purpose of this notice is to remind you of taxes still owed. Our records show you haven't paid the full amount you owe for your account, Form CVPN for the tax period ended 12/31/2001.

The amount you still owe may include penalty and interest. It also should reflect any credit(s) and payment(s) we received for this tax period on your account since the last notice we sent you. If you owe additional tax for the same period a separate notice will be issued for that tax liability.

If you have any questions concerning the amount due or penalty and interest computation, please call us at 1-888-829-7434.


See the enclosed Publication 594, The IRS
Collection Process

----------------------------------------Cut along line----------------------------------------

Please mail this part with your payment, payable to the United States Treasury.        Form: 9774 (NMF)(Rev.01/02)
                                                                                        Notice Date: 04/17/2006
                                                                                        Document Locator Number:
                                                                                        52655-019-19019-05

To ensure proper crediting, write the following on your check:
28/12/31/2001/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N                                    Amount Due:        538.10

Reply to:                                                     GEORGE & C PROGOVICH
INTERNAL REVENUE SERVICE
P.O. Box 245                                                  6139 W TOUHY AVE
Bensalem, PA 19020                                            CHICAGO        , IL 60646-1268

OFFICIAL INTERNAL REVENUE SERVICE INTEREST COMPUTATION
(Internal Revenue Code Section 6601)


        TIN: 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
        MFT: 28
     PERIOD: 12/31/2001


The following table shows the interest charges on your account. We charge
interest when your tax isn't paid on time. Interest is computed from the
due date of your return (regardless of extensions) until paid in full or
to the date of this notice.


| BEGIN DATE | END DATE | DAYS | PRINCIPAL AMOUNT | RATE | FACTOR | INTEREST AMOUNT |
|---|---|---|---|---|---|---|
| 02/21/2005 | 03/31/2005 | 38 | 500.00 | .05 | .005218663 | 2.609 |
| 04/01/2005 | 06/30/2005 | 91 | 502.61 | .06 | .015070099 | 7.574 |
| 07/01/2005 | 09/30/2005 | 92 | 510.18 | .06 | .015236960 | 7.774 |
| 10/01/2005 | 12/31/2005 | 92 | 517.96 | .07 | .017798654 | 9.219 |
| 01/01/2006 | 03/31/2006 | 90 | 527.18 | .07 | .017408378 | 9.177 |
| 04/01/2006 | 04/17/2006 | 17 | 536.35 | .07 | .003265275 | 1.751 |

CURRENT COMPUTED INTEREST:    38.10