**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GEORGE PRAGOVICH, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-2222 (JR) |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

<u>**ORDER**</u>

For the reasons set forth in the accompanying
Memorandum, defendant's motion to dismiss [5] is **granted.**

It is **SO ORDERED.**


                              JAMES ROBERTSON
                       United States District Judge